# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | | |
|---|---|---|
| In re: MULLIGAN, JAMES MICHAEL<br>MULLIGAN, LESLIE TIMMERMAN<br><br>Debtor(s) | §<br>§<br>§<br>§ | Case No. 11-47767-CMK |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Susan Didriksen, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $283,030.00<br>*(without deducting any secured claims)* | Assets Exempt: $30,530.00 |
| Total Distribution to Claimants: $29,713.34 | Claims Discharged Without Payment: $347,924.65 |
| Total Expenses of Administration: $37,786.66 | |

3) Total gross receipts of $ 75,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 7,500.00 (see **Exhibit 2**), yielded net receipts of $67,500.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $393,525.00 | $203,111.08 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 37,786.66 | 37,786.66 | 37,786.66 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 3,000.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 91,954.00 | 355,662.56 | 348,001.99 | 29,713.34 |
| **TOTAL DISBURSEMENTS** | $488,479.00 | $596,560.30 | $385,788.65 | $67,500.00 |

4) This case was originally filed under Chapter 7 on November 29, 2011. The case was pending for 40 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/31/2016 By: /s/Susan Didriksen

Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Vacant lot APN: 029-421-02-100 3471 Rocky Point | 1110-000 | 75,000.00 |
| **TOTAL GROSS RECEIPTS** | | $75,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| James and Leslie Mulligan | | 8100-002 | 7,500.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $7,500.00 |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 18 | Bank of America, N.A. | 4110-000 | N/A | 101,555.54 | 0.00 | 0.00 |
| 18 -2 | Bank of America, N.A. | 4110-000 | 101,825.00 | 101,555.54 | 0.00 | 0.00 |
| NOTFILED | Bank of America Home Loans | 4110-000 | 265,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Trenna Mulligan | 4110-000 | 26,700.00 | N/A | N/A | 0.00 |
| NOTFILED | Recontrust Company | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $393,525.00 | $203,111.08 | $0.00 | $0.00 |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Susan Didriksen | 2100-000 | N/A | 6,626.11 | 6,626.11 | 6,626.11 |
| Susan Didriksen | 2200-000 | N/A | 74.50 | 74.50 | 74.50 |
| Hefner Startk & Marois, LLP | 3210-000 | N/A | 17,846.00 | 17,846.00 | 17,846.00 |
| Hefner Startk & Marois, LLP | 3220-000 | N/A | 920.25 | 920.25 | 920.25 |
| GABRIELSON & COMPANY | 3410-000 | N/A | 2,035.50 | 2,035.50 | 2,035.50 |
| GABRIELSON & COMPANY | 3420-000 | N/A | 128.70 | 128.70 | 128.70 |
| Lyon/Century 21 | 3510-000 | N/A | 7,500.00 | 7,500.00 | 7,500.00 |
| International Sureties | 2300-000 | N/A | 58.90 | 58.90 | 58.90 |
| Placer title Company | 2500-000 | N/A | 352.00 | 352.00 | 352.00 |
| El Dorado county tax collector | 2820-000 | N/A | 1,898.36 | 1,898.36 | 1,898.36 |
| Placer Title Company | 2500-000 | N/A | 269.50 | 269.50 | 269.50 |
| Placer Title Company | 2420-000 | N/A | 99.00 | 99.00 | 99.00 |
| International Sureties | 2300-002 | N/A | -22.16 | -22.16 | -22.16 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $37,786.66 | $37,786.66 | $37,786.66 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | United States Attorney Benjamin B. Wagner | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | United States Dept of Justice Civil Trial Section, | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service | 5200-000 | 3,000.00 | N/A | N/A | 0.00 |

| | | | | |
|---|---|---|---|---|
| **TOTAL PRIORITY UNSECURED CLAIMS** | $3,000.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Wells Fargo Auto Finance, L.L.C. | 7100-000 | 2,201.00 | 2,201.08 | 2,201.08 | 187.94 |
| 2 | Midland Credit Management, Inc. | 7100-000 | 16,706.00 | 17,364.79 | 17,364.79 | 1,482.66 |
| 3 | Vista Publishing | 7100-000 | 1,307.00 | 1,350.44 | 1,350.44 | 115.30 |
| 4 | Lindia, LLC | 7100-000 | 17,677.00 | 18,222.95 | 18,222.95 | 1,555.92 |
| 5 | US BANK N.A. | 7100-000 | 839.00 | 839.28 | 839.28 | 71.66 |
| 6 | USBC - Wells Fargo Bank, N.A. | 7100-001 | N/A | 260,129.65 | 260,129.65 | 22,210.56 |
| 7 | Ashley Funding Services LLC | 7100-000 | N/A | 248.00 | 248.00 | 21.17 |
| 8 | Franchise Tax Board | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 8 -2 | Franchise Tax Board | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 9 | Franchise Tax Board | 7100-000 | 1,600.00 | N/A | N/A | 0.00 |
| 9 -2 | Franchise Tax Board | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 10 | El Dorado County Tax Collector | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 10 -2 | El Dorado County Tax Collector | 7100-000 | 600.00 | N/A | N/A | 0.00 |
| 11 | Asset Acceptance, LLC | 7100-000 | 8,021.00 | 9,096.05 | 9,096.05 | 776.65 |
| 12 | Asset Acceptance, LLC | 7100-000 | N/A | 6,921.70 | 6,921.70 | 590.99 |
| 13 | US BANK N.A. | 7100-000 | 8,000.00 | 8,638.95 | 8,638.95 | 737.62 |
| 14 | Portfolio Recovery Associates, LLC | 7100-000 | 707.00 | 707.03 | 707.03 | 60.37 |
| 15 | HSBC Bank Nevada, N.A. | 7100-000 | 7,660.00 | 7,660.57 | 0.00 | 0.00 |
| 16 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 12,733.36 | 12,733.36 | 1,087.21 |
| 17 | Portfolio Investments I LLC | 7100-000 | N/A | 1,888.14 | 1,888.14 | 161.21 |
| 19 | PRA Receivables Management, LLC | 7100-000 | N/A | 7,660.57 | 7,660.57 | 654.08 |
| NOTFILED | Financial Asset Management Systems | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | El Dorado County Ambulance | 7100-000 | 1,496.00 | N/A | N/A | 0.00 |
| NOTFILED | FirstSource Advantage LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Chase Cardmember Services | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | FMA Alliance Ltd | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Capital Management Services | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Barton HealthCare System | 7100-000 | 4,084.00 | N/A | N/A | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Bank of America | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Bonded Collection Corp | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Global Credit Collection | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | CACH LLC Northland Group Inc | 7100-000 | 15,462.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC -Bestbuy | 7100-000 | 2,046.00 | N/A | N/A | 0.00 |
| NOTFILED | Tahoe Emergency Phy Med Corp | 7100-000 | 729.00 | N/A | N/A | 0.00 |
| NOTFILED | STPUD | 7100-000 | 205.00 | N/A | N/A | 0.00 |
| NOTFILED | Winn Law Group | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | South Tahoe Refuse | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| NOTFILED | Protocol Recovery Service | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Laboratory Corporation of America | 7100-000 | 248.00 | N/A | N/A | 0.00 |
| NOTFILED | Jacob Collection Group | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Legal Recovery Law Offices | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 2,016.00 | N/A | N/A | 0.00 |
| NOTFILED | National Action Financial Services | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | United States Attorney Benjamin B. Wagner | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | United States Dept of Justice Civil Trial Section, | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | American Medical Collection Agency | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Associated Recovery Systems | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $91,954.00 | $355,662.56 | $348,001.99 | $29,713.34 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-47767-CMK
**Case Name:** MULLIGAN, JAMES MICHAEL
MULLIGAN, LESLIE TIMMERMAN
**Period Ending:** 05/31/16

**Trustee:** (001020) Susan Didriksen
**Filed (f) or Converted (c):** 01/28/13 (c)
**§341(a) Meeting Date:** 03/05/13
**Claims Bar Date:** 04/04/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Void - see asset #3<br>Asset amended 6/12/13 after Chapter 13 filing from $90,000 to $30,000 - See imported asset No. 3. | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Single family residence APN: 029-421-01-100 3465 | 260,000.00 | 0.00 | | 0.00 | FA |
| 3 | Vacant lot APN: 029-421-02-100 3471 Rocky Point<br>See Asset No. 1. Debtor amended to change value from $90,000 to $30,000 and exemption to $3,300. | 30,000.00 | 22,500.00 | | 75,000.00 | FA |
| 4 | Cash Debtor's residence | 650.00 | 0.00 | | 0.00 | FA |
| 5 | Checking account US Bank | 11,000.00 | 0.00 | | 0.00 | FA |
| 6 | Household goods Debtor's residence (no item > 55 | 2,400.00 | 0.00 | | 0.00 | FA |
| 7 | Antique chest Debtor's residence | 3,000.00 | 0.00 | | 0.00 | FA |
| 8 | Clothing Debtor's residence | 300.00 | 0.00 | | 0.00 | FA |
| 9 | Jewelry Debtor's residence | 600.00 | 0.00 | | 0.00 | FA |
| 10 | Sporting goods | 600.00 | 0.00 | | 0.00 | FA |
| 11 | Retirement savings 401k Presentation Services So | 420.00 | 0.00 | | 0.00 | FA |
| 12 | Photography by Leslie Debtor's residence (propri | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Accounts receivable Debtor's residence | 500.00 | 0.00 | | 0.00 | FA |
| 14 | Movie script Debtor's residence (not sold, no pr | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Real estate sales license CA Debtor's residence | 0.00 | 0.00 | | 0.00 | FA |
| 16 | 1998 Chevy Tahoe LS Debtor's residence (187k, fa | 2,060.00 | 0.00 | | 0.00 | FA |
| 17 | Notebook computer Debtor's residence | 300.00 | 0.00 | | 0.00 | FA |
| 18 | Photography equipment Debtor's residence | 1,200.00 | 0.00 | | 0.00 | FA |
| 19 | Dog Debtor's residence | 0.00 | 0.00 | | 0.00 | FA |
| **19** | **Assets** **Totals** (Excluding unknown values) | **$313,030.00** | **$22,500.00** | | **$75,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

3/5/13, late recorded dot on lot, purchased in 2002, paid cash - from savings, borrowed $25k from mother - started in 2008, then granted secured interest in lot right before bankruptcy.

6/30/13, trustee atty has contacted Trenna Mulligan to notify her of position that DOT can be avoided. Trustee offered opportunity to settle, but no response received

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-47767-CMK
**Case Name:** MULLIGAN, JAMES MICHAEL
MULLIGAN, LESLIE TIMMERMAN
**Period Ending:** 05/31/16

**Trustee:** (001020) Susan Didriksen
**Filed (f) or Converted (c):** 01/28/13 (c)
**§341(a) Meeting Date:** 03/05/13
**Claims Bar Date:** 04/04/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

yet. trustee atty to follow through with adversary.
12/31/13, Trustee has avoided lien on property. Trying to market interest for value higher than offer by debtors.
6/30/14, real estate agent engaged to sell property.
12/31/14, property sold, final fee apps submitted for approval.
3/1/15. Estate tax returns to be prepared.
5/2/15. TFR submitted to UST
7/6/15, amended TFR submitted to UST due to debtors changing exemptions.
7/27/15 filed response to debtor's hearing on TFR.
12/31/15 - Checks issued per TFR, awaiting clearing of all checks to complete TDR.

**Initial Projected Date Of Final Report (TFR):** December 31, 2013    **Current Projected Date Of Final Report (TFR):** July 2, 2015 (Actual)

Exhibit 9



# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 11-47767-CMK
**Case Name:** MULLIGAN, JAMES MICHAEL
MULLIGAN, LESLIE TIMMERMAN
**Taxpayer ID #:** **-***0983
**Period Ending:** 05/31/16

**Trustee:** Susan Didriksen (001020)
**Bank Name:** Rabobank, N.A.
**Account:** ******5866 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/22/14 | | Placer Title Company | Sale of 3471 Rocky Point Rd, S. Lake Tahoe | | 64,881.14 | | 64,881.14 |
| | {3} | | 75,000.00 | 1110-000 | | | 64,881.14 |
| | | Lyon/Century 21 | Realtor Commission -7,500.00 | 3510-000 | | | 64,881.14 |
| | | Placer title Company | Title Ins/Recording Fees -352.00 | 2500-000 | | | 64,881.14 |
| | | El Dorado county tax collector | Real Estate Taxes/Transfer Tax -1,898.36 | 2820-000 | | | 64,881.14 |
| | | Placer Title Company | Escrow Fee -269.50 | 2500-000 | | | 64,881.14 |
| | | | Property Hazard Disclosure fee -99.00 | 2420-000 | | | 64,881.14 |
| 01/15/15 | 101 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/15/2015 FOR CASE #11-47767 | 2300-000 | | 58.90 | 64,822.24 |
| 01/28/15 | 102 | GABRIELSON & COMPANY | | 3410-000 | | 2,035.50 | 62,786.74 |
| 01/28/15 | 103 | GABRIELSON & COMPANY | | 3420-000 | | 128.70 | 62,658.04 |
| 02/11/15 | 104 | Hefner Startk & Marois, LLP | | 3210-000 | | 17,846.00 | 44,812.04 |
| 02/11/15 | 105 | Hefner Startk & Marois, LLP | | 3220-000 | | 920.25 | 43,891.79 |
| 04/08/15 | | International Sureties | | 2300-002 | | -22.16 | 43,913.95 |
| 10/24/15 | 106 | James and Leslie Mulligan | | 8100-002 | | 7,500.00 | 36,413.95 |
| 11/04/15 | 107 | Susan Didriksen | Dividend paid 100.00% on $6,626.11, Trustee Compensation; Reference: | 2100-000 | | 6,626.11 | 29,787.84 |
| 11/04/15 | 108 | Susan Didriksen | Dividend paid 100.00% on $74.50, Trustee Expenses; Reference: | 2200-000 | | 74.50 | 29,713.34 |
| 11/04/15 | 109 | Wells Fargo Auto Finance, L.L.C. | Dividend paid 8.53% on $2,201.08; Claim# 1; Filed: $2,201.08; Reference: 1 Stopped on 12/01/15 | 7100-000 | | 187.94 | 29,525.40 |
| 11/04/15 | 110 | Midland Credit Management, Inc. | Dividend paid 8.53% on $17,364.79; Claim# 2; Filed: $17,364.79; Reference: 9804 | 7100-000 | | 1,482.66 | 28,042.74 |
| 11/04/15 | 111 | Vista Publishing | Dividend paid 8.53% on $1,350.44; Claim# 3; Filed: $1,350.44; Reference: | 7100-000 | | 115.30 | 27,927.44 |
| 11/04/15 | 112 | Lindia, LLC | Dividend paid 8.53% on $18,222.95; Claim# 4; Filed: $18,222.95; Reference: | 7100-000 | | 1,555.92 | 26,371.52 |
| 11/04/15 | 113 | US BANK N.A. | Dividend paid 8.53% on $839.28; Claim# 5; Filed: $839.28; Reference: 5317 | 7100-000 | | 71.66 | 26,299.86 |
| 11/04/15 | 114 | Wells Fargo Bank, N.A. | Dividend paid 8.53% on $260,129.65; Claim# 6; Filed: $260,129.65; Reference: Stopped on 12/04/15 | 7100-000 | | 22,210.56 | 4,089.30 |
| 11/04/15 | 115 | Ashley Funding Services LLC | Dividend paid 8.53% on $248.00; Claim# 7; Filed: $248.00; Reference: | 7100-000 | | 21.17 | 4,068.13 |
| | | | Subtotals : | | $64,881.14 | $60,813.01 | |

{} Asset reference(s)

Exhibit 9

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 11-47767-CMK
**Case Name:** MULLIGAN, JAMES MICHAEL
MULLIGAN, LESLIE TIMMERMAN
**Taxpayer ID #:** **-***0983
**Period Ending:** 05/31/16

**Trustee:** Susan Didriksen (001020)
**Bank Name:** Rabobank, N.A.
**Account:** ******5866 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/04/15 | 116 | Asset Acceptance, LLC | Dividend paid 8.53% on $9,096.05; Claim# 11; Filed: $9,096.05; Reference: 7445 | 7100-000 | | 776.65 | 3,291.48 |
| 11/04/15 | 117 | Asset Acceptance, LLC | Dividend paid 8.53% on $6,921.70; Claim# 12; Filed: $6,921.70; Reference: | 7100-000 | | 590.99 | 2,700.49 |
| 11/04/15 | 118 | US BANK N.A. | Dividend paid 8.53% on $8,638.95; Claim# 13; Filed: $8,638.95; Reference: 5098 | 7100-000 | | 737.62 | 1,962.87 |
| 11/04/15 | 119 | Portfolio Recovery Associates, LLC | Dividend paid 8.53% on $707.03; Claim# 14; Filed: $707.03; Reference: 9666 | 7100-000 | | 60.37 | 1,902.50 |
| 11/04/15 | 120 | Portfolio Recovery Associates, LLC | Dividend paid 8.53% on $12,733.36; Claim# 16; Filed: $12,733.36; Reference: | 7100-000 | | 1,087.21 | 815.29 |
| 11/04/15 | 121 | Portfolio Investments I LLC | Dividend paid 8.53% on $1,888.14; Claim# 17; Filed: $1,888.14; Reference: | 7100-000 | | 161.21 | 654.08 |
| 11/04/15 | 122 | PRA Receivables Management, LLC | Dividend paid 8.53% on $7,660.57; Claim# 19; Filed: $7,660.57; Reference: 318 | 7100-000 | | 654.08 | 0.00 |
| 12/01/15 | 109 | Wells Fargo Auto Finance, L.L.C. | Dividend paid 8.53% on $2,201.08; Claim# 1; Filed: $2,201.08; Reference: 1<br>Stopped: check issued on 11/04/15 | 7100-000 | | -187.94 | 187.94 |
| 12/04/15 | 114 | Wells Fargo Bank, N.A. | Dividend paid 8.53% on $260,129.65; Claim# 6; Filed: $260,129.65; Reference:<br>Stopped: check issued on 11/04/15 | 7100-000 | | -22,210.56 | 22,398.50 |
| 12/04/15 | 123 | Wells Fargo Auto Finance, L.L.C. | | 7100-000 | | 187.94 | 22,210.56 |
| 12/04/15 | 124 | Wells Fargo Bank, N.A. | Voided on 05/17/16 | 7100-000 | | 22,210.56 | 0.00 |
| 05/17/16 | 124 | Wells Fargo Bank, N.A. | Voided: check issued on 12/04/15 | 7100-000 | | -22,210.56 | 22,210.56 |
| 05/17/16 | 125 | Wells Fargo Bank, N.A. | Voided on 05/17/16 | 7100-001 | | 22,210.56 | 0.00 |
| 05/17/16 | 125 | Wells Fargo Bank, N.A. | Voided: check issued on 05/17/16 | 7100-001 | | -22,210.56 | 22,210.56 |
| 05/17/16 | 126 | USBC | | 7100-001 | | 22,210.56 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **64,881.14** | **64,881.14** | **$0.00** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | **64,881.14** | **64,881.14** | |
| Less: Payments to Debtors | | 7,500.00 | |
| **NET Receipts / Disbursements** | **$64,881.14** | **$57,381.14** | |

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 11-47767-CMK
**Case Name:** MULLIGAN, JAMES MICHAEL
MULLIGAN, LESLIE TIMMERMAN
**Taxpayer ID #:** **-***0983
**Period Ending:** 05/31/16

**Trustee:** Susan Didriksen (001020)
**Bank Name:** Rabobank, N.A.
**Account:** ******5866 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******5866 | 64,881.14 | 57,381.14 | 0.00 |
| | $64,881.14 | $57,381.14 | $0.00 |